October 29, 1981

*Granted*:

COMMONWEALTH *vs.* CURTIS BERTH (and four companion cases).
RICHARD L. CUMBIE & another *vs.* SYBIL GOLDSMITH & others (and a companion case).

*Denied*:

COMMONWEALTH *vs.* THOMAS A. CASS.
COMMONWEALTH *vs.* DENIS M. CODY. Reported below as COMMONWEALTH *vs.* THOMAS A. GUEST (and a companion case).
COMMONWEALTH *vs.* RUSSELL F. GALLAGHER.
LAWRENCE FORT *vs.* LOUISE L. FORT (and a companion case).
PETER M. HIGGENBOTTOM *vs.* AETNA CASUALTY AND SURETY COMPANY.
WILLIAM G. ROBINSON & others *vs.* SECRETARY OF ADMINISTRATION & others.
WILLIAM RUDOW *vs.* ALBERT FOGEL.
LOUIS P. SIANO *vs.* S. THOMAS MARTINELLI.

December 10, 1981

*Denied*:

AMERICAN INTERNATIONAL HEALTH SERVICE, INC. *vs.* WATERVIEW REALTY, INC. & others.
COMMONWEALTH *vs.* JOHNATHAN CRICONES.
COMMONWEALTH *vs.* JOHN A. DOWNEY (and two companion cases).
COMMONWEALTH *vs.* HOYT VAN JONES.
COMMONWEALTH *vs.* WALTER A. NASS.
RAYMOND P. COX *vs.* LABOR RELATIONS COMMISSION.
PATRICIA B. DAVISSON *vs.* HENRY S. DAVISSON (and a companion case).
PAUL P. HEFFERNAN *vs.* JOSEPH CROWLEY & others.
CHARLES H. HOWARD & another *vs.* JEAN HESENIUS & another.
DAVID E. LYON *vs.* N. HERBERT COHEN & others.
ARTHUR TULLY & another *vs.* MELVIN S. LOUISON & others.
GLADYS M. WILLIAMS *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY.

December 14, 1981

*Granted*:

COMMONWEALTH *vs.* STEPHEN R. FURTICK.

*Denied*:

COMMONWEALTH *vs.* A JUVENILE.
COMMONWEALTH *vs.* LOUIS F. CURRY.
COMMONWEALTH *vs.* THOMAS A. GUEST.
COMMONWEALTH *vs.* ROBERT E. PARKER.